In the Matter of Lewis Novod, a Disbarred Attorney. [699 NYS2d 279] —Petition for reinstatement denied. No opinion. Concur—Sullivan, J. P., Nardelli, Williams, Wallach and Andrias, JJ.